UNITED STATES of America, Plaintiff–Appellee,

v.

Jernard Elliott RICE, Defendant–Appellant.

No. 02–7196.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 18, 2002.

Decided Oct. 10, 2002.

Jernard Elliott Rice, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jernard Elliott Rice seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Rice has not made a substantial showing of the denial of a constitutional right. *See*

*United States v. Rice,* Nos. CR–01–49–5–BR; CA–02–169–5–BR (E.D.N.C. July 11, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*